IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:18-cv-00332-MR

| | |
|---|---|
| KAYIE WRIGHT, ) | |
| ) | |
|       Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| HERBERT CORPENING, et al., ) | |
| ) | |
|       Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on Defendants' Consent Motion to Extend Case Management Deadlines [Doc. 49] and Motion to Consolidate Response and Motion Deadline [Doc. 50].

Defendants seek a 30-day extension of the deadlines for completing discovery and filing dispositive motions. Defendants explain that counsel has not yet completed his review of all relevant information or finalized responses to Plaintiff's discovery requests despite his diligent efforts. Plaintiff's counsel, who has appeared for the limited purpose of assisting Plaintiff with discovery, consents to this extension of time. The Motion will be granted for good cause shown until October 1, 2020 and November 2, 2020, respectively.

Defendants also ask the Court to make their response to Plaintiff's *pro se* Motion for Summary Judgment [Doc. 31] due on the deadline for filing dispositive motions. Defendants assert that consolidating the summary judgment response and dispositive motions deadlines would promote judicial efficiency. [Doc. 50].

As Plaintiff filed his Motion for Summary Judgment before the parties had the opportunity to engage in discovery, it appears that the most efficient resolution of this matter is to deny Plaintiff's Motion for Summary Judgment without prejudice to renew it once discovery is complete. See generally Fed. R. Civ. P. 56(d). Defendants' Motion to Consolidate Response and Motion Deadline will therefore be denied as moot.

**IT IS, THEREFORE, ORDERED** that:

(1) Defendants' Consent Motion to Extend Case Management Deadlines [Doc. 49] is **GRANTED** and the parties shall have until **October 1, 2020** to complete discovery and until **November 2, 2020** to file dispositive motions.

(2) Plaintiff's Motion for Summary Judgment [Doc. 31] is **DENIED WITHOUT PREJUDICE** to renew it upon completion of discovery.

(3) Defendants' Motion to Consolidate Response and Motion Deadline [Doc. 50] is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Signed: September 8, 2020

*[Signature]*

Martin Reidinger
Chief United States District Judge