IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:18-cv-00332-MR

| | |
|---|---|
| **KAYIE WRIGHT,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| **HERBERT CORPENING, et al.,** ) | **ORDER** |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court on Defendants' Motion to File Video Exhibit Manually [Doc. 65].

Defendants seek to manually file a video exhibit in support of their Motion for Summary Judgment. [Doc. 62]. The Motion will be granted pursuant to the Court's ECF Administrative Procedures. See Admin. Procedures Governing Filing and Service by Electronic Means, Section IV(G) (rev. Jan. 1, 2018). Counsel for Defendants shall ensure that a copy of the video is made available for Plaintiff's viewing if he requests an opportunity to do so.

**IT IS, THEREFORE, ORDERED** that Defendants' Motion to File Video Exhibit Manually [Doc. 65] is **GRANTED** in accordance with this Order.

**IT IS SO ORDERED.**
Signed: December 18, 2020

*Martin Reidinger*
Martin Reidinger
Chief United States District Judge