# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:18-cv-00332-MR

| | |
|---|---|
| **KAYIE WRIGHT,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **HERBERT CORPENING, et al.,** ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court *sua sponte*.

On August 11, 2021, the Court denied, in part, Defendants' motion for summary judgment, and referred this matter for a judicial settlement conference. [Doc. 74]. The parties were granted 14 days to file written objections if they do not wish to participate in a judicial settlement conference. [Id.]. The parties have not objected and the time to do so has expired.

The Court, therefore, will order this matter referred to a United States Magistrate Judge for these proceedings.

**IT IS, THEREFORE, ORDERED** that this matter is hereby referred to a United States Magistrate Judge for the purpose of conducting a Judicial

Settlement Conference. The Magistrate Judge will issue further orders regarding the conduct of the Judicial Settlement Conference.

**IT IS FURTHER ORDERED** that this matter will be set for trial as soon as practicable should the matter not settle.

**IT IS SO ORDERED**.

Signed: September 13, 2021

Martin Reidinger
Chief United States District Judge