# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Kayie Wright**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:18-cv-00332-KDB |
| | ) | |
| vs. | ) | |
| | ) | |
| Nicholas Davis**,** | ) | |
| | **)** | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Trial and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 7, 2022 Order.

June 8, 2022

_____

Frank G. Johns, Clerk
United States District Court